IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN RE:   APACHE INDUSTRIAL, LLC                                           CASE NO. 19-50291

### TRUSTEE'S NOTICE OF ASSETS

COMES NOW, the undersigned Trustee for the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the Trustee has discovered assets which may result in a distribution of the estate;

THEREFORE, it is requested that a notice to file claims should be mailed to all creditors of record.

/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS